**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

**UNITED STATES OF AMERICA,**

      **Plaintiff,**

  vs.                    : CIVIL NO: C-1-00-387
                           : JUDGE SPIEGEL

**WILMA J. MADARIS,**
**aka WILMA MADARIS,**

      **Defendant.**

## NOTICE OF SUBSTITUTION OF COUNSEL

Comes now plaintiff, United States of America, and hereby notifies the Court and parties herein that Deborah F. Sanders, the undersigned Assistant United States Attorney, shall be substituted for Dale E. Williams, Jr., Assistant United States Attorney, as attorney of record for the Plaintiff, United States of America, herein.

It is therefore respectfully requested that copies of all future pleadings and correspondence in this matter be directed to Deborah F. Sanders.

                                            Respectfully submitted,

                                            GREGORY G. LOCKHART
                                            United States Attorney

                                            s/Deborah F. Sanders
                                            DEBORAH F. SANDERS (0043575)
                                            Assistant United States Attorney
                                            303 Marconi Boulevard
                                            Suite 200
                                            Columbus, Ohio 43215
                                            (614) 469-5715

## CERTIFICATE OF SERVICE

    I hereby certify that a true copy of the above and foregoing Plaintiff's Substitution of Counsel was mailed this 5th day of March, 2008, first class, postage prepaid, to Wilma J. Madaris , Defendant, 515 Hickman Ave, Cincinnati, OH  45229.

                                              s/Deborah F. Sanders
                                              DEBORAH F. SANDERS (0043575)
                                              Assistant United States Attorney